UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

RAAD M.,

   Plaintiff,

v.

KILOLO KIJAKAZI,
*Acting Commissioner of Social Security,*

   Defendant.

Civil No. 22-2969 (JRT/ECW)

**ORDER**

---

  James H Greeman, **GREEMAN TOOMEY,** 250 Second Avenue South, Suite 120, Minneapolis, MN 55401, for plaintiff.

  Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, James Sides, **SOCIAL SECURITY ADMINISTRATION,** Office of Program Litigation Office 4, 6401 Security Boulevard, Baltimore, MD 21235, for defendant.

  Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated August 25, 2023, all the files and records, and no objections having been filed to said Report and Recommendation,

  **IT IS HEREBY ORDERED** that:

  1. Plaintiff Raad M.'s Motion for Summary Judgment (ECF No. 14) is **DENIED**;

  2. Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 21, 2023          s/John R. Tunheim_____
at Minneapolis, Minnesota          JOHN R. TUNHEIM
                                                 United States District Judge